UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Jemfford Perez

                              Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19 -CR- 12( )( ) (UB) and )

20 Mag. 10733

Defendant **Jemmford Perez** hereby voluntarily consents to participate in the following proceeding via  X  videoconferencing or ___ teleconferencing:

**X**   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X**   Bail/Detention Hearing

___   Conference Before a Judicial Officer

X  VOSR
/consent obtained during proceeding

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

# Jemfford Perez
Print Defendant's Name

_____
Defendant's Counsel's Signature

# Sanford Talkin
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

Oct. 7, 2020

_____
Date

_Gabriel W. Gorenstein_

_____
U.S. District Judge/U.S. Magistrate Judge